Toby J. Marshall, WSBA #32726
Eric R. Nusser, WSBA #51513
Attorneys for Plaintiff
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com
Email: eric@terrellmarshall.com

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN RAE SLEATER, and others,<br><br>Plaintiff,<br><br>v.<br><br>BENTON COUNTY, a municipal corporation,<br><br>Defendant. | Case No. 4:17-cv-05033-SAB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DECERTIFY CLASS** |

THIS MATTER came before the Court on Defendant's Motion to Decertify Class. Before ruling, the Court considered the following:

1. Defendant's Motion to Decertify Class;

2. Declaration of Kenneth Harper in Support of Defendant's Motion to Decertify Class;

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DECERTIFY CLASS - 1
Case No. 4:17-cv-05033-SAB

3.	Declaration of Josie Delvin in Support of Defendant's Motion to Decertify Class;

4.	Declaration of Joshua Combs in Support of Defendant's Motion to Decertify Class;

5.	Plaintiff's Response to Defendant's Motion to Decertify Class;

6.	Declaration of Toby J. Marshall in support of Plaintiff's Response to Defendant's Motion to Decertify Class;

7.	Declaration of Andrew S. Biviano in support of Plaintiff's Response to Defendant's Motion to Decertify Class;

8.	Defendant's Reply;

9.	_____; and

10.	_____.

Based on the foregoing, it is hereby ordered that Defendant's Motion to Decertify Class is DENIED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2021.

                                                                    _____
                                                                    THE HONORABLE STANLEY A. BASTIAN

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DECERTIFY CLASS - 2
Case No. 4:17-cv-05033-SAB

## CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth W Harper, WSBA #25578
>Email: kharper@mjbe.com
>Quinn N. Plant, WSBA #31339
>Email: qplant@mjbe.com
>MENKE JACKSON BEYER LLP
>807 North 39th Avenue
>Yakima, Washington 98902
>Telephone: (509) 575-0313
>Facsimile: (509) 575-0351
>
>*Attorneys for Defendant*

DATED this 17th day of September, 2021.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By: /s/ Toby J. Marshall, WSBA #32726
>Toby J. Marshall, WSBA #32726
>Attorneys for Plaintiff
>936 North 34th Street, Suite 300
>Seattle, Washington 98103
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450
>Email: tmarshall@terrellmarshall.com

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DECERTIFY CLASS - 3
Case No. 4:17-cv-05033-SAB