FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN RAE SLEATER, and others,<br><br>Plaintiff,<br><br>v.<br><br>BENTON COUNTY, a municipal corporation,<br><br>Defendant. | No.  4:17-CV-05033-SAB<br><br>**ORDER SETTING SETTLEMENT HEARING** |

On June 21, 2023, the Court struck the Settlement Hearing in the above-captioned matter and directed the parties to submit additional briefing. The Court has reviewed the parties' submissions. ECF Nos. 194–97. The Court finds good cause to reset the Settlement Hearing.

//
//
//
//
//
//
//
//
//

**ORDER SETTING SETTLEMENT HEARING** *1

Accordingly, **IT IS ORDERED**:

1.      The Settlement Hearing is **SET** for **November 7, 2023**, at **3:00 p.m.** in **Yakima**, Washington.

2.      Plaintiff's Motion for Final Approval of Class Action Settlement, ECF No. 182, and Motion for Attorney Fees and Costs, ECF No. 176, are **RESET** for hearing with oral argument at the Settlement Hearing.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 28th day of July 2023.



_Stanley A. Bastian_
Stanley A. Bastian
Chief United States District Judge

**ORDER SETTING SETTLEMENT HEARING** *2