FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN RAE SLEATER, and others,<br><br>    Plaintiff,<br><br>    v.<br><br>BENTON COUNTY, a municipal corporation,<br><br>    Defendant. | No.  4:17-CV-05033-SAB<br><br>**ORDER RE: SETTLEMENT HEARING** |

Before the Court are Plaintiff's Motion for Final Approval of Class Action Settlement, ECF No. 182, and Plaintiff's Motion for Attorneys' Fees and Costs, ECF No. 176. A hearing on the motions was held on November 7, 2023, in Yakima, Washington. Plaintiff and class members were represented by Eric Nusser. Defendant was represented by Kenneth Harper. The Court appeared by videoconference. No other persons or claimants appeared at the hearing.

At the hearing, Mr. Marshall indicated there were thirteen late-filed claims. He orally provided additional information recently obtained that explained the reasons for the late filings. Rather than address each late-filed claim, the Court indicated it would defer ruling until Plaintiff filed written documentation regarding the late-filed claims. The Court set a briefing scheduling for the filing of the late claims but indicated the record was closed as of November 7, 2023, the date of the settlement conference.

**ORDER RE: SETTLEMENT ~ 1**

On December 1, 2022, the Court entered an Order Granting Motion for Preliminary Approval of Class Action Settlement, ECF No. 172. That Order directed the Settlement Administrator to provide Notice to the Classes, which informed members of: (a) the proposed Settlement, and the Settlement's key terms; (b) the date, time, and location of the Final Fairness Hearing; and (c) the right of any member of the Arrest and Issuance Classes to object to the proposed Settlement and to opt out, and an explanation of the procedures to exercise those right. Notice as required in the Preliminary Approval Order was provided by the Claims Administrator.

Accordingly, **IT IS ORDERED**:

1.      Plaintiff's Motion for Final Approval of Class Action Settlement, ECF No. 182, is **GRANTED**.

2.      Plaintiff's Motion for Attorney Fees and Costs, ECF No. 176, is **GRANTED**.

3.      After considering the proposed Settlement Agreement, as well as all papers filed, the Court Orders, Adjudges, and Decrees as follows:

a.      The Court has jurisdiction over this matter and over all Parties, including all members of the Settlement Class.

b.      The Court confirms the proposed Settlement Class satisfies the requirements of Fed. R. Civ. P. 23, as found in the Court's Order Certifying Class, ECF No. 75, and finds that the Settlement Class is properly certified as a class for settlement purposes.

c.      The Notice provided to the Settlement Class conforms with the requirements of Fed. R. Civ. P. 23, the Washington and United States Constitutions, and any other applicable law, and constitutes the best notice practicable under the circumstances, by providing individual notice to all members of the Classes who could be identified through reasonable effort, and by providing due and adequate notice of the

**ORDER RE: SETTLEMENT ~ 2**

proceedings and of the matters set forth therein to the other members of the Classes. The Notice fully satisfied the requirements of due process.

d.      The Court finds that the Settlement was entered into in good faith as the result of arm's-length negotiations between experienced attorneys, that the Settlement is fair, reasonable, and adequate, and that the Settlement satisfies the standards and applicable requirements for final approval of this class action Settlement under Washington law and the provisions of Fed. R. Civ. P. 23.

e.      No member of the Classes have objected.

f.      Upon entry of this Order, compensation to the members of the Settlement Class shall be effected pursuant to the terms of the Settlement Agreement.

g.      In addition to any recovery that Plaintiff may receive under the Settlement, and in recognition of the Plaintiff's efforts on behalf of the Settlement Class, the Court hereby approves the payment of a service award to the Plaintiff, in the amount of $25,000, to be paid pursuant to the terms of the Settlement Agreement.

h.      Defendant Benton County shall bear all fees and costs of Claims Administration and all fees and costs necessary to administer the Settlement.

i.      The Court approves the payment of attorneys' fees and costs to Class Counsel in the sum of $300,000. This amount is supported by the lodestar analysis and reflects a "negative multiplier" of Class Counsel's lodestar of $330,452. The attorneys' fees and costs awards shall be distributed to Class Counsel in accordance with the terms of the Settlement Agreement

j.      Upon the date on which this order is entered (the "Effective

**ORDER RE: SETTLEMENT ~ 3**

Date"), Plaintiff and all Settlement Class Members, shall have, by operation of this Order and the accompanying Judgment, fully, finally, and forever released, relinquished, and discharged Defendant from all claims as defined by the terms of the Settlement. Upon the Effective Date, all members of the Settlement Class shall be and are hereby permanently barred and enjoined from the institution or prosecution of any and all of the claims released under the terms of the Settlement.

k.    Pursuant to the Settlement Agreement, this Order shall constitute a dismissal of this action on the merits with prejudice with respect to Defendant, without fees or costs to any party except as provided in the Settlement Agreement and approved by the Court.

l.    Without affecting the finality of this Final Approval Order and Judgment for the purposes of appeal, this Court shall retain jurisdiction to all matters relating to administration, consummation, enforcement, and interpretation of the Settlement Agreement and the Final Approval Order, and for any other necessary purpose.

m.    The Court dismisses this action with prejudice as to all Settlement Class Members except those who have timely and properly excluded themselves from the Settlement Class.

//
//
//
//
//
//
//
//
//

**ORDER RE: SETTLEMENT ~ 4**

4.      The Court reserves ruling on the issue of the late filed claims pending briefing from the parties. Within ten (10) days from the date of this Order, Plaintiffs shall provide documentation regarding the late filed claims. Within seven (7) days from the filing of Plaintiff's briefing, Defendant shall file its response. The Court will issue a ruling on late filed claims without oral argument.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 8th day of November 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SETTLEMENT ~ 5**