Toby J. Marshall, WSBA #32726
Eric R. Nusser, WSBA #51513
Attorneys for Plaintiff
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com
Email: eric@terrellmarshall.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN RAE SLEATER, and others,<br><br>Plaintiff,<br><br>v.<br><br>BENTON COUNTY, a municipal corporation,<br><br>Defendant. | Case No. 4:17-cv-05033-SAB<br><br>**DECLARATION OF ERIC R. NUSSER IN SUPPORT OF PLAINTIFF'S BRIEF REGARDING LATE-FILED CLAIMS** |

I, Eric R. Nusser, declare as follows:

1.    I am a member of the law firm of Terrell Marshall Law Group PLLC (Terrell Marshall), counsel of record for plaintiff in this matter. I am admitted to practice before this Court and am a member in good standing of the bar of the state of Washington. I respectfully submit this declaration in support of Plaintiff's

DECLARATION OF ERIC R. NUSSER IN SUPPORT OF PLAINTIFF'S
BRIEF REGARDING LATE-FILED CLAIMS - 1
Case No. 4:17-cv-05033-SAB

Brief regarding Late-Filed Claims. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.    Thirteen claims were submitted after the claims deadline. Most were sent within two weeks, but the last was submitted on September 11, 2023, 140 days late. Six claimants provided justifiable explanations in writing along with the claim form or later when contacted by an attorney with Terrell Marshall. Seven claimants were not able to be reached or otherwise did not provide justification for their untimely submissions. All thirteen forms were submitted before the November 7 final approval hearing.

3.    An attorney with Terrell Marshall contacted Christopher Jennings by telephone, and Mr. Jennings explained that he did not receive the notice or claim form because he has no permanent address. Instead, he said he heard about the lawsuit from Ms. Sleater but did not know April 24 was the deadline to submit a claim. He said that Ms. Sleater reached out to him on April 25 to make sure he submitted a claim form, but he had not yet done so. Mr. Jennings submitted his form later that day.

4.    An attorney with Terrell Marshall contacted Ronda Hettinger by telephone, and Ms. Hettinger said that she did not receive the notice or claim

DECLARATION OF ERIC R. NUSSER IN SUPPORT OF PLAINTIFF'S
BRIEF REGARDING LATE-FILED CLAIMS - 2
Case No. 4:17-cv-05033-SAB

form because she had been struggling with homelessness and that it was hard to get mail and keep up with deadlines. She said she had heard of the lawsuit by word of mouth but was unable to download and print the claim form from the settlement website. She said she called CPT and asked to have a claim form mailed to her, which she received only a day or two before the deadline. She said she filled it out and put it in the mailbox on April 24, but the last mail pickup for the day had already occurred so it was postmarked the following day.

5.    Nickia Hains called Terrell Marshall and reported substantively the same information that was in his letter. Mr. Hains also apologized for the late submission.

6.    An attorney with Terrell Marshall attempted to reach Lucas Tweeton by phone but were unsuccessful.

7.    An attorney with Terrell Marshall contacted Alfredo Mendez by phone, and he explained he lived in Seattle, but his notice was sent to his mother's address in Sunnyside, Washington. He said he happened to visit her in late April and got the notice while he was there. He said he mailed the form immediately once he found out about the lawsuit.

8.    An attorney with Terrell Marshall attempted to reach Clinton King by phone but were unsuccessful.

DECLARATION OF ERIC R. NUSSER IN SUPPORT OF PLAINTIFF'S
BRIEF REGARDING LATE-FILED CLAIMS - 3
Case No. 4:17-cv-05033-SAB

9.     Angela Stellings contacted Terrell Marshall by phone and said that she had intended to submit the form by the deadline but had forgotten.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED this 17th day of November, 2023 at Seattle, Washington.

By: /s/Eric R. Nusser, WSBA #51513
Eric R. Nusser, WSBA #51513

DECLARATION OF ERIC R. NUSSER IN SUPPORT OF PLAINTIFF'S
BRIEF REGARDING LATE-FILED CLAIMS - 4
Case No. 4:17-cv-05033-SAB

## CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on November 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kenneth W Harper, WSBA #25578
> Email: kharper@mjbe.com
> Quinn N. Plant, WSBA #31339
> Email: qplant@mjbe.com
> MENKE JACKSON BEYER LLP
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Facsimile: (509) 575-0351
>
> *Attorneys for Defendant*

DATED this 17th day of November, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Attorneys for Plaintiff
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: tmarshall@terrellmarshall.com

DECLARATION OF ERIC R. NUSSER IN SUPPORT OF PLAINTIFF'S
BRIEF REGARDING LATE-FILED CLAIMS - 5
Case No. 4:17-cv-05033-SAB