FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN RAE SLEATER, and others,<br><br>      Plaintiff,<br><br>      v.<br><br>BENTON COUNTY, a municipal corporation,<br><br>      Defendant. | No. 4:17-CV-05033-SAB<br><br>**ORDER RE: LATE FILED CLAIMS** |

On November 8, 2023, the Court approved the Class Action Settlement that was reached in the above-captioned case. ECF No. 200. The Court directed the parties to file additional briefing that addressed late-filed claims.

After reviewing the parties' briefing, the Court finds good cause to allow the thirteen late-filed claims identified by Plaintiff. *See* ECF No. 202. Equitable considerations support the accepting of the late-filed claims because doing so (1) would not prejudice other Settlement Class members; (2) would have only a miniscule monetary effect on the overall settlement; and (3) would result in Benton County still paying a small fraction of the amount it agreed to pay.

Accordingly, **IT IS HEREBY ORDERED**:

1. The late-file claims identified in ECF No. 202 are accepted.

2. The Claims Administrator is ordered to accept the late-filed claims set forth in ECF No. 202 and provide payment to these Class Members consistent with

**ORDER RE: LATE FILED CLAIMS** ~ 1

the Settlement Agreement.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 21st day of November 2023.



                Stanley A. Bastian
          Chief United States District Judge

**ORDER RE: LATE FILED CLAIMS ~ 2**